

# COURT OF APPEALS

CATHERINE STONE
CHIEF JUSTICE
KAREN ANGELINI
SANDEE BRYAN
MARION
MARIALYN BARNARD
REBECA C. MARTINEZ
PATRICIA O. ALVAREZ
LUZ ELENA D. CHAPA
JUSTICES

FOURTH COURT OF APPEALS DISTRICT
CADENA-REEVES JUSTICE CENTER
300 DOLOROSA, SUITE 3200
SAN ANTONIO, TEXAS 78205-3037
WWW.4THCOA.COURTS.STATE.TX.US

KEITH E. HOTTLE
CLERK OF
COURT

TELEPHONE
(210) 335-2635

FACSIMILE NO.
(210) 335-2762

January 8, 2014

Victoria Guerra
Law Office of Victoria Guerra
320 W. Pecan
McAllen, TX 78501

John A. Olson
20634 Creek River
San Antonio, TX 78259

Gay Richey
Official Court Reporter - Starr County
Court at Law
1530 West Hall Acres Road, 9C
Pharr, TX 78577

RE:  Court of Appeals Numbers:  04-13-00338-CR & 04-13-00339-CR
     Trial Court Case Numbers:  11-CRS-270 & 11-CRS-272
     Style:  Elias Esequiel Vasquez
             v.
             The State of Texas

Enclosed please find the order which the Honorable Court of Appeals has issued in reference to the above styled and numbered causes.

If you should have any questions, please do not hesitate to contact me.

Very truly yours,
KEITH E. HOTTLE, CLERK

Jonathan Quintero
Deputy Clerk, Ext. 53220

cc: Ramiro Hernandez



# Fourth Court of Appeals
## San Antonio, Texas

January 8, 2014

Nos. 04-13-00338-CR & 04-13-00339-CR

Elias Esequiel **VASQUEZ**,
Appellant

v.

**THE STATE OF TEXAS,**
Appellee

From the 229th Judicial District Court, Starr County, Texas
Trial Court Nos. 11-CRS-270 & 11-CRS-272
Honorable Ana Lisa Garza, Judge Presiding

## O R D E R

The reporter's record was originally due on November 12, 2013. On November 19, 2013, this court notified Gay Richey that she is the court reporter responsible for timely filing the reporter's record in this appeal. TEX. R. APP. P. 37.3(a)(2). We stated that a Notification of Late Record was due by December 2, 2013, or the reporter's record was due to be filed on December 19, 2013. To date, neither the reporter's record nor a notification of late reporter's record has been filed.

Accordingly, Ms. Richey is ORDERED to file the reporter's record in this court on or before January 15, 2014. If the reporter's record is not filed by the date ordered, we may order Ms. Richey to appear and show cause why she should not be held in contempt for failing to file the record. The clerk of this court shall cause a copy of this order to be served on Ms. Gay Richey by certified mail, return receipt requested, with delivery restricted to the addressee only, or give other personal notice of this order with proof of delivery.

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 8th day of January, 2014.

_____
Keith E. Hottle
Clerk of Court